DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

————————————————

In the Interest of J.S., J.S., and J.S., Jr., children.

J.S.,

Appellant,

v.

DEPARTMENT OF CHILDREN AND FAMILIES and
GUARDIAN AD LITEM PROGRAM,

Appellees.

No. 2D23-2145

————————————————

May 22, 2024

Appeal from the Circuit Court for Hillsborough County; Lisa D. Campbell, Judge.

Rinky S. Parwani, Tampa, for Appellant.

Mary Soorus of Children's Legal Services, Tampa, for Appellee Department of Children and Families.

Sara Elizabeth Goldfarb, Statewide Director of Appeals, and Amanda Victoria Glass, Senior Attorney, Statewide Guardian ad Litem Office, Tallahassee, for Appellee Guardian ad Litem Program.

PER CURIAM.

Affirmed.

SILBERMAN, LaROSE, and SMITH, JJ., Concur.

————————————————

Opinion subject to revision prior to official publication.